**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lynn Cook, | No. CV-21-00538-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| David C Shinn, et al., | |
| Respondents. | |

As a result of due process violations in connection with two prison disciplinary hearings, Respondents were required to conduct new disciplinary hearings. (Doc. 47). Respondents did so and Petitioner was found not guilty on one charge but guilty on another charge. On January 25, 2023, the Court concluded Petitioner's challenges to the original disciplinary hearings were moot. Therefore, the Court denied the petition for writ of habeas corpus and closed the case. (Doc. 50). Petitioner later filed a "Motion to Amend or Make Additional Factual Findings Under Rule 52(b)." (Doc. 54 at 1). It is not clear what relief Petitioner seeks but he appears to believe the new disciplinary hearing where he was found guilty was improper.

The record shows there was a new disciplinary hearing on November 30, 2022, where Petitioner was found guilty. (Doc. 48 at 13). As the Court informed Petitioner in the prior Order, any challenges to that new conviction must be pursued through state court before they could be heard in federal court. (Doc. 50 at 2). The present suit, involving challenges to the original disciplinary hearings, no longer involves a live controversy.

Accordingly,

**IT IS ORDERED** the Motion to Amend (Doc. 54) is **DENIED**.

Dated this 8th day of March, 2023.

_____
Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -